IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SPENCER WILLIAM KOHN, RYAN MICHAEL ZALAZNIK, and CHRISTOPHER JOHN DAVIS,<br><br>Defendants. | No. 25-CR-01030<br><br>**INDICTMENT**<br><br>**Count 1**<br>  21 U.S.C. § 846<br>  Conspiracy to Distribute a<br>  Controlled Substance<br>  (KOHN, ZALAZNIK, and DAVIS)<br><br>**Counts 2 and 3**<br>  21 U.S.C. § 841(a)(1),<br>  Distribution of a Controlled<br>  Substance<br>  (KOHN)<br><br>**Count 4**<br>  21 U.S.C. § 841(a)(1)<br>  Possession with Intent to Distribute<br>  a Controlled Substance<br>  (ZALAZNIK)<br><br>**Count 5**<br>  21 U.S.C. § 841(a)(1)<br>  Possession with Intent to Distribute<br>  a Controlled Substance<br>  (DAVIS)<br><br>**Forfeiture Allegation** |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about July 2023, and continuing to on or about December 14, 2023, in the Northern District of Iowa, defendants SPENCER WILLIAM KOHN, RYAN MICHAEL ZALAZNIK, and CHRISTOPHER JOHN DAVIS did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

This was in violation of Title 21, United States Code, Section 846.

## Count 2

### Distribution of a Controlled Substance

On or about October 11, 2023, in the Northern District of Iowa, defendant SPENCER WILLIAM KOHN did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

### Distribution of a Controlled Substance

On or about November 3, 2023, in the Northern District of Iowa, defendant SPENCER WILLIAM KOHN did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 4

### Possession with Intent to Distribute a Controlled Substance

On or about December 14, 2023, in the Northern District of Iowa, defendant RYAN MICHAEL ZALAZNIK did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 5

### Possession with Intent to Distribute a Controlled Substance

On or about December 14, 2023, in the Northern District of Iowa, defendant CHRISTOPHER JOHN DAVIS did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Drug Related Forfeiture Allegation

1. The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants, SPENCER WILLIAM KOHN and RYAN MICHAEL ZALAZNIK, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s), including, but not limited to the following:

    a. $10,450.05 seized from SPENCER WILLIAM KOHN's residence on December 14, 2023; and

    b. $16,175 seized from RYAN ZALAZNIK's residence on December 14, 2023;

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

DILLAN EDWARDS
Assistant United States Attorney

A TRUE BILL

*[signature redacted]* 6/26/25
Grand Jury Foreperson Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/26/2025
PAUL DE YOUNG, CLERK

4