# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25CR01030 |
| Spencer William Kohn et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Spencer William Kohn.

Date: 07/06/2025

/s Robert L. Rascia
*Attorney's signature*

Robert Rascia Il. Bar no 6184470
*Printed name and bar number*
650 N. Dearborn St
Suite 700
Chicago, IL 60654

*Address*

rrascia@rasciadefense.com
*E-mail address*

(312) 994-9100
*Telephone number*

(312) 994-9105
*FAX number*