# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RECEIVED
By USMS N/IA at 3:38 pm, Jun 26, 2025

| | |
|---|---|
| United States of America<br>v.<br>Spencer William KOHN<br>*Defendant* | )<br>)<br>) Case No. 25-CR-01030<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Spencer William KOHN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 846 and Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

Date: 06/26/2025

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/3/2025, and the person was arrested on *(date)* 7/3/2025
at *(city and state)* Dubuque, IA.

Date: 7/3/2025

*Arresting officer's signature*

Matt Sitzmann, INVESTIGATOR
*Printed name and title*