# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SPENCER WILLIAM KOHN, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 2:25-cr-1030-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 7/9/2025 | Start: | 9:57 AM | Adjourn: | 10:14 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Dillan Edwards | | | | | | | |
| | Defendant(s): | Robert L. Rascia via video (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Allison Lupkes | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| TYPE OF PROCEEDING: | PRELIMINARY EXAMINATION | | DETENTION | X | REVOCATION | |
|---|---|---|---|---|---|---|
| | | Contested? | No | Continued from a previous date? | | No |
| Moving party: | Plaintiff | | | | | |
| Nature of proceedings: | | Ruling: | | | | |
| Preliminary examination | | | | | | |
| Review of detention or conditions | X | Defendant released under the terms/conditions of the Court's release order. | | | | |
| Review of pre-trial release | | | | | | |
| Review of supervised release | | | | | | |
| **Witness/Exhibit List is** | | -- | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | | |
| Miscellaneous: | Mr. Edwards withdraws the motion for detention. | | | | | |