UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OIF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 25CR01030-CJW-MAR |
| SPENCER WILLIAM KOHN, | ) |
| Defendant. | ) |

## SUPPLEMENT TO PRO HAC VICE MOTION

Attorney Robert L. Rascia ("Counsel"), hereby files the attached Certificate of Good Standing issued by the Northern District of Illinois pursuant to Local Rule 83(d)((2) and (3) and Counsel's previously filed Pro Hac Vice motion (Reference Docket No. 12). Counsel is awaiting for the Supreme Court of Illinois' Certificate of Good Standing to be sent via mail.

Respectfully submitted,

*/s/ Robert L. Rascia*

ROBERT L. RASCIA,

LAW OFFICES OF
OBERT LOUIS RASCIA, LTD
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

rascia@rasciadefense.com

# CERTIFICATE OF GOOD STANDING



United States of America

Northern District of Illinois

}ss. Robert Louis Rascia

    I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Robert Louis Rascia was duly admitted to practice in said Court on (06/23/1983) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/10/2025 )

                              Thomas G. Bruton, Clerk,

                              By:
                                  Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 10, 2025