UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 25CR01030-CJW-MAR |
| SPENCER WILLIAM KOHN, | ) |
| Defendant. | ) |

## SUPPLEMENT TO PRO HAC VICE MOTION

Attorney Robert L. Rascia ("Counsel"), hereby files the attached Cerificate of Good Standing issued by the Supreme Court of Illinois pursuant to Local Rule 83(d)(2) and (3) and Counsel's previously filed Pro Hac Vice motion (Reference Docket No. 12).

Respectfully submitted,

s/ROBERT L. RASCIA,
Attorney for the Defendant

LAW OFFICES OF
ROBERT LOUIS RASCIA, LTD
150 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

rrascia@rasciadefense.com

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert Louis Rascia

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/05/1983 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of July, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois