IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>        v.<br>SPENCER WILLIAM COHN,<br>    Defendant | )<br>)<br>)<br>) No. 25CR1030<br>)<br>)<br>) |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND TO CONTINUE PRETRIAL MOTION DEADLINE

Spencer William Kohn ("Kohn"), by and through attorney. Robert L. Rascia ("Counsel"), moves this Honorable Court to continue the trial date in this matter and to extend the date for filing pretrial motions in this matter and in support states as follows:

1. Counsel was granted leave to appear pro hac vice on behalf of Kohn on July 7, 2025. Kohn also was arraigned on that date, and this Court also set a date for filing pre-trial motion of August 4, 2025, along with a trial date of September 8, 2025.

2. Counsel received discovery in this matter through USAfx on July 18, 2025.

3. Counsel is requesting additional time to review the discovery materials and meet with Kohn about the discovery materials and other issues.

4. Counsel has communicated with AUSA Edwards about this request and there is no objection from the government.

5. Additionally, Counsel has communicated with the attorneys for both of the co-defendants who join in this request to continue the trial and date for filing pretrial motions.

6. Counsel would note that his scheduled to begin a trial in Fort Myers, Florida on October 21, 2025 and likely lasting through October 27, 2025 in *State of Florida v. Larisa Samaniego et al* 2024-000347CF, Lee County, Florida.

Wherefore, Counsel, Robert L. Rascia, respectfully requests that this Honorable Court enter an order extending the date for filing pre-trial motions for 30 days and resetting the trial date for September 29, 2025.

Respectfully submitted,

/s Robert L. Rascia

Robert L. Rascia
Law Offices of Robert Louis Rascia, LTD
650 N. Dearborn St. Suite 700
Chicago, IL 60654
Office: (312)994-9100
Fax:    (312)994-9105
Email: rrascia@rasciadefense.co