UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No.: 25CR1030 |
| SPENCER WILLIAM KOHN, ) | |
| Defendant. ) | |

### JOINT UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND TO CONTINUE PRETRIAL MOTION DEADLINE

**NOW COMES** the Defendant, **SPENCER KOHN,** by and through his attorney, **ROBERT L. RASCIA,** and moves this Honorable Court to reset the trial date and pretrial motion filing date in this case..

In support of thereof, the defendant states as follows:

1. The defendant was named in a multi-count indictment, along with Ryan Michael Zalaznik and Christopher John Davis, filed under seal on June 26, 2025. The defendant had his initial appearance and arraignment on July 7, 2025. An order was entered granting the defendant's release on conditions. Defendants Zalaznik and Davis were also ordered release on conditions. All defendants remain on release status. Defendant Kohn has been in full compliance with the conditions of his release.

2. Counsel has diligently engaged in the review of discovery material provided by the government, including material forwarded to counsel by the government on October 14, 2025. Counsel anticipates additional material to be forwarded by the government he intends to request.

3. Counsel seeks a resetting of the trial to a date on or after January 20, 2026, to

allow time for a review of the voluminous discovery material provided by the government and to review voluminous financial records provided by the defendant relating to the forfeiture count of the indictment. Additionally, plea discussions are ongoing. The government has provided a draft plea agreement to the defendant which has been reviewed, but no agreement has been reached as of this filing.

4. Counsel has discussed this request to reset the trial and extend the motion filing deadline with AUSA Dillan Edwards. He advised that he does not oppose this request. Counsel has discussed this request with defendant Kohn, he concurs with this request.

5. Counsel has discussed this request with counsel for defendant Davis, Christopher J. Nathan, he joins in this request. Counsel has discussed this request with Counsel for defendant Zalaznik, Charles David Paul, he joins in this request.

6. This is defendant Kohn's second request to continue the motion filing date and trial date.

**WHEREFORE,** the defendant respectfully requests for this Honorable Court to enter an order rescheduling the trial currently set for November17, 2025, and extend the motion filing deadline.

Respectfully submitted,

*/s/ Robert L. Rascia*

ROBERT L. RASCIA