UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 25CR1030 |
| ) | |
| SPENCER WILLIAM KOHN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR MODIFICATION
OF PRETRIAL RELEASE CONDITIONS**

**NOW COMES** the Defendant, **SPENCER WILLIAM KOHN,** by and through his attorney, **ROBERT L. RASCIA,** and moves this Honorable Court to enter an order granting a modification in the conditions of his pretrial release.

In support of thereof, the defendant states as follows:

1. The defendant was named in a multi-count, muli-defendent indictment filed under seal on June 26, 2025. The defendant had his initial appearance and arraignment on June 26, 2025. The defendant was arrested on July 3, 2025, and had his initial appearance before the court on July 7, 2025.

2. On July 9, 2025, an order setting conditions of release for the defendant was entered, which included location monitoring with home detention.

3. The defendant has been in full compliance with his pretrial conditions since his July 9, 2025 release, as verified by his pretrial officer, Ryan Kelley on November 19, 2025. The defendant now seeks modification of the release conditions, placing him on curfew from 9 PM to 9 AM daily. The defendant seeks this modification to allow him to continue with his employment-related activities and to attend his daughter's early evening weekday and weekend basketball games.

4. Counsel has discussed this request with AUSA Dillan Edwards. He advised that he has no position on this request. Counsel has also discussed this request with Ryan Kelley, U.S. Probation Officer. He advised he has no position on this request and is prepared to report to the Court upon request.

**WHEREFORE,** the defendant respectfully requests for this Honorable Court to enter an order granting a modification of the conditions of his release.

Respectfully submitted,

*/s/ Robert L. Rascia*

ROBERT L. RASCIA