# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 25-cr-1030-CJW |
| vs. | **ORDER** |
| SPENCER WILLIAM KOHN, | |
| Defendant. | |

Before the Court is Defendant's Motion for Modification of Pretrial Release Conditions. (Doc. 46.) Defendant seeks "modification of the release conditions, placing him on curfew from 9 PM to 9 AM daily. Defendant seeks this modification to allow him to continue with his employment-related activities and to attend his daughter's early evening weekday and weekend basketball games." The Government has no position on this request. Also, the United States Probation Office has no position on this request.

**IT IS ORDERED** for good cause and the reasons stated in the Motion, the Motion at Doc. 46 is **granted**. Defendant's conditions of release are modified to allowing Defendant a curfew from 9:00 p.m. to 9:00 a.m., i.e. Defendant must be in his residence from 9:00 p.m. until the following morning at 9:00 a.m. This schedule will commence after Defendant has spoken with his United States Probation Officer and the USPO is satisfied with Defendant's confirmation of his understanding of these restrictions.

**IT IS SO ORDERED** this 21st day of November, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa