# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 25CR1030 |
| ) | |
| SPENCER WILLIAM KOHN, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS

**NOW COMES** the Defendant, **SPENCER WILLIAM KOHN,** by and through his attorney, **ROBERT L. RASCIA,** and moves this Honorable Court to enter an order granting a modification in the conditions of his pretrial release.

In support of thereof, the defendant states as follows:

1. The defendant was named in a multi-count, muli-defendent indictment filed under seal on June 26, 2025. The defendant had his initial appearance and arraignment on June 26, 2025. The defendant was arrested on July 3, 2025, and had his initial appearance before the court on July 7, 2025.

2. On July 9, 2025, an order setting conditions of release for the defendant was entered, which included location monitoring with home detention.

3. On November 21, 2025, the defendant's conditions of release were modified, at his request, to a 9 PM to 9 AM curfew. He has been in full compliance with his release conditions, as verified by U.S. Probation Officer, Tiffany Schuette on February 18, 2026.

4. The defendant now seeks a temporary modification in the conditions of his release for the purpose of accompanying his daughter to the U10 Iowa State Basketball

Tournament from February 27, 2026 to March 1, 2026.

5. The tournament games will be played at three venues, located in Iowa City, North Liberty, and Coralville. The defendant intends to stay at a hotel in Coralville, Iowa. The defendant will provide the details of his accommodation if the Court allows the requested modification.

6. Counsel has discussed this request with AUSA Dillan Edwards, he does not oppose this request. Counsel has discussed this request with Tiffany Schutte, U.S. Probation Officer, she advised that the probation office has no position on this request.

7. By this motion, the defendant seeks a temporary modification of his release conditions, eliminating the curfew, and allowing him to stay in Coralville, Iowa from February 27, 2026, to March 1, 2026.

**WHEREFORE,** the defendant prays for this Honorable Court to enter an order granting a temporary modification of the conditions of his pretrial release.

Respectfully submitted,

*/s/ Robert L. Rascia*

ROBERT L. RASCIA