# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 25-cr-1030-CJW |
| vs. | **ORDER** |
| SPENCER WILLIAM KOHN, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion for Modification of Pretrial Release Conditions. (Doc. 64.) Defendant seeks "a temporary modification in the conditions of his release for the purpose of accompanying his daughter to the U10 Iowa State Basketball Tournament from February 27, 2026 to March 1, 2026. The tournament games will be played at three venues, located in Iowa City, North Liberty, and Coralville. The defendant intends to stay at a hotel in Coralville, Iowa. The defendant will provide the details of his accommodation if the Court allows the requested modification."

The Government does not oppose this request. Also, the United States Probation Office has no position on this request.

**IT IS ORDERED** for good cause and the reasons stated in the Motion, the Motion at Doc. 64 is **granted**. Defendant's conditions of release are temporary modified for the purpose of accompanying his daughter to the U10 Iowa State Basketball Tournament from February 27, 2026 to March 1, 2026. Defendant is allowed to attend his daughter's tournament games Iowa City, North Liberty, and Coralville. The Defendant shall provide his hotel accommodation details to the United States Probation Office. Furthermore, this temporary modification will not be allowed until Defendant has spoken with his United States Probation Officer and the USPO is satisfied with Defendant's confirmation of his understanding of this modification.

**IT IS SO ORDERED** this 19th day of February, 2026.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa