IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 25CR1030 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF INTENT TO |
| SPENCER WILLIAM KOHN, | ) | PLEAD GUILTY |
| | ) | |
| Defendant. | ) | |

---

Spencer William Kohn, through counsel, hereby notifies the Court and the government of his intent to plead guilty. The Court may remove this case from the April 27, 2026, trial schedule. *See* §USSG 3E1.1(b)(2).

Law Offices of Robert L. Rascia
60 N Dearborn St.
Suite 700
Chicago, IL 60654
312-994-9100
rrascia@rasciadefense.com

BY: /s/ Robert L. Rascia
ROBERT L. RASCIA
ATTORNEY FOR DEFENDANT