| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 25CR1030 |
| | ) | |
| SPENCER WILLIAM KOHN, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT KOHN'S UNOPPOSED MOTION TO CONTINUE GUILTY PLEA ACCEPTANCE DEADLINE

**NOW COMES** the Defendant, **SPENCER WILLIAM KOHN,** by and through his attorney, **ROBERT L. RASCIA,** and moves this Honorable Court to enter an order extending the plea acceptance date to April 17, 2026.

In support of thereof, the defendant states as follows:

1. The defendant notified the Court on April 6, 2026 of his intention to enter a plea of guilty in this matter and has requested that the cause be removed from the April 27, 2026 trial seating.

2. Due to counsel's schedule, the defendant has requested a change of plea hearing for April 17, 2026.

3. Counsel has discussed this motion, and the April 17, 2026, change of plea date, with AUSA Dillan Edwards, he advised that he does not oppose this request or the April 17, 2026 change of plea date.

**WHEREFORE,** the defendant respectfully moves this Honorable Court to enter an order extending the plea acceptance date to April 17, 2026.

-1-

Respectfully submitted,

ROBERT L. RASCIA

Case 2:25-cr-01030-CJW-MAR    Document 71    Filed 04/07/26    Page 2 of 2