# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. 25-cr-1030-CJW |
| vs. | | **ORDER** |
| SPENCER WILLIAM KOHN, | | |
| Defendant. | | |

_____

Before the court is Defendant Spencer William Kohn's Motion for Continued Release Pending Sentencing, filed on April 15, 2026. (Doc. 82.) Defendant's motion does not comply with Local Rule 7(k), which requires non-dispositive motions to "contain a representation that counsel for the moving party personally has conferred in good faith with counsel for all other parties and any pro se parties concerning the motion, and a statement of whether or not the other parties consent to the motion." LR 7(k).

Therefore, the motion is **denied** without prejudice to refiling. Defendant may refile such motion in compliance with Local Rules.

**IT IS SO ORDERED** this 16th day of April, 2026.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa