# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION (DUBUQUE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 25CR01030-CJW-1 |
| | ) |
| SPENCER WILLIAM KOHN, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT KOHN'S MOTION FOR CONTINUED RELEASE PENDING SENTENCING

**NOW COMES** the Defendant, **SPENCER WILLIAM KOHN, ("Kohn")** by and through his attorney, **ROBERT L. RASCIA**, and moves this Honorable Court, pursuant to Title 18 U.S.C. §31415(c), to allow his continued release on conditions pending sentencing.

In support thereof the defendant states as follows:

## I.    Background

Kohn is one of three defendants charged by indictment filed June 26, 2025, alleging a violation of 21 U.S.C. §846 and §841(a)(1). The offense involves more than 5 kilograms of cocaine, requiring a mandatory minimum sentence of 10 years. Kohn had his initial appearance before the Court on July 3, 2025. On July 9, 2025, the defendant was released on an unsecured recognizance bond with conditions.

Kohn has faithfully complied with the conditions of his release, and at various times during the pendency of this matter the conditions of release were modified, at the request of Kohn. Kohn has maintained employment and compliance with conditions while on pretrial release.

-1-

Kohn has executed a written plea agreement and intends to plead guilty on April 17, 2026, the date scheduled for his change of plea hearing. Again, the defendant is mindful that he is pleading guilty to a non-probationable offense and is subject to a mandatory minimum sentence of 10 years. The defendant is cognizant of the provisions of 18 U.S.C. §3143(a)(2), but asserts that pursuant to 18 U.S.C. §3145(c), his detention would not be appropriate.

## II. Argument for Continued Release

Kohn asserts that there are "exceptional reasons" why his detention would not be appropriate. Kohn recognizes that his employment while on release and compliance with his release conditions do not qualify as "exceptional reasons" under §3145(c).

Kohn is currently being treated for a chronic medical condition relating to blood pressure and kidney disease. (See attached Exhibit 1) According to the April 14, 2026 letter from Kohn's treatment provider, additional testing is scheduled for April 20, 2026 and April 22, 2026. The purpose of this testing is to explore his worsening kidney function and heart palpitation. The April 15, 2026 communication from the treatment provider indicates that the results of Kohn's laboratory tests establish that his kidney function is abnormal, indicating possible kidney disease, which could lead to kidney failure. The report further indicates that imaging and diagnostics are necessary and urgent.

Kohn seeks continued release to properly address his medical needs, and to determine what future treatment may be necessary. At the very least, completion of the scheduled tests will provide valuable information to be used in treating the defendant when he is in custody with the Bureau of Prisons.

Courts have held that " exceptional reasons" must present a " unique condition of circumstances giving rise to situations that are out of the ordinary." <u>United States v Herrera- Soto</u>, 961 F. 2d 645, 647 (7th Cir. 1992) (quoting <u>United States v Disomma</u>, 951 F. 2d 494, 497 (2nd Cir. 1991). See also <u>United States v Larue</u>, 478 F. 3d 924 (8th Cir. 2007; <u>United States v Burton</u>, 2026 U.S. Dist. Lexis 28325; 2026 WL 380 599 (E. Dist. Missouri Feb. 11, 2026).

The charge Kohn intends to plead guilty to does not involve any acts of violence. Kohn has a record of compliance with release conditions and is cognizant that non-compliance could negatively effect this Court's sentence determination, including the loss of the acceptance of responsibility reduction pursuant to Guideline §3E1.1 Given the dire consequence of noncompliance of release conditions that would bring to Kohn, it's unlikely given his prior performance that he would violate conditions.

The defendant's medical condition and the uncertainty of his condition are exceptional reasons for the Court to allow the defendant's continued release.

## III. Relief Requested

Kohn seeks his continued release to pursue treatment of his medical needs until the date set for sentencing. In the alternative, Kohn seeks his continued release on conditions to May 1, 2026, which is after the date for the tests currently scheduled. As a last alternative, should the Court determine that Kohn has not established the required "exceptional reasons why detention would not be appropriate," to postpone his change of plea hearing to a date after April 22, 2026.

Counsel has discussed this request with AUSA Dillan Edwards. He advised that he opposes this request.

-3-

WHEREFORE, the defendant respectfully prays for this Honorable Court to enter an order allowing his continued release on conditions.

Respectfully Submitted,

s/Robert L. Rascia/

# EXHIBIT 1

## Spencer Kohn

MRN : **148014492**

Birthday : **1993-11-12**

Visited on: 2026 Apr 14 11:01 (Age at visit: 32 years)

Phone :

Electronically signed by: BRENDA HUSEMANN, FNP-BC on 2026-04-14 11:03 AM

**Form**

To whom it may concern, April 13th, 2026

Spencer Kohn is a current patient of mine and has been seen in our office for about 3.5 years. Spencer has some new and some chronic medical conditions going on right now. Spencer was seen in 2017 by Dr John Whalen Nephrology in Dubuque Iowa. At that time he had elevated Blood Pressure that was due to an undetermined cause. His blood pressure has continued to be elevated despite multiple attempts to treat the BP with meds (Losartan, Lisinopril, Spironolactone and Propranol, diet (was advised to use the DASH diet, watch protein, increase hydration) and exercise (especially cardio).

In 2017 his labs were as follows:

H/H 16.5/47

LDH157

K+ 4.4

Creatinine 1.1

GFR83

Bilirubinnotes say elevated without an actual number per Dr Whalen note, he felt that a probable diagnosis of Gilbert's Syndrome was likely. This is a genetic liver condition that causes your liver not to process bilirubin properly. This causes the bilirubin to build up in your bloodstream. This can lead to end stage liver disease, chronic fatigue and severe anemia.

Current lab values are as follows:

H/H17.3/48.6

K+4.1

Creatinine1.3

GFR75

Bilirubin2.4 (very elevated for a young healthy person)

He is noted to have worsening kidney function in the presence of elevated blood pressure. He is noted to be having heart palpitations which he has not had in several years. We are working this up with a Holter Monitor. He is also having an US Duplex for Arterial Flow of the Abdominal Organs and Vessels. This will determine if he has renal artery stenosis that is causing the elevated blood pressure and worsening kidney function. We have labs pending as well for urine creatine clearance. With his hyperbilirubinemia he should follow a specific diet of: low processed foods, low sugar, low fat, no trans fats and little to no fruits. I am not sure that with Spencer facing a lock up situation that we will be able to maintain his current health and attempt to get him in better health.

Spencer has a Holter scheduled at UPH Finley Dubuque on 4/22/2026.

He also has the US of the kidneys scheduled at UPH Finley Dubuque on 4/20/26 at 0930.

Once these tests are resulted we may need to also order further imaging and diagnostics. The tests that have been ordered are of an urgent nature to have completed.

This a summation of what is going on health wise with Spencer. He has verbally consented to the release of his medical information in the form of a letter.

Thanks!

Sincerely,

Brenda Husemann, ARNP

Historic Bluffs FPC

666 Loras Blvd

Dubuque, IA 52001

666 Loras Blvd, Dubuque, IA 520016233

**Spencer Kohn**
MRN : **148014492**

Birthday : **1993-11-12**

Visited on: 2026 Apr 14 11:01 (Age at visit: 32 years)

Phone :

Electronically signed by: BRENDA HUSEMANN, FNP-BC on 2026-04-14 11:03 AM

## Historic Bluffs Family Practice Clinic., PC

666 Loras Blvd. Dubuque IA
563-239-1175

Addendum

I recently received Spencer's labs, his kidney function is abnormal. He has an elevated creatinine urine and proteinuria. This can be indicative of kidney disease (chronic vs acute) and can lead to kidney failure. I have placed a referral for him to been seen by Dr Whalen at Nephrology again to address the worsening kidney function.
**Addended by: BRENDA HUSEMANN, FNP-BC on: 2026-04-15**

Has US Duplex arterial
Flow Scheduled 4/30
at Finley

UNITYPOINT HEALTH FINLEY HOSPITAL
350 N Grandview
Dubuque, IA 52001

NAME: KOHN, SPENCER W
ID #: 90758977  32Y  M | DOB: 11/12/1993
ACCT #: 119494531
PHYS: HUSEMANN, BRENDA A, ARNP

CLIENT: LAB ADMINISTRATION

REPORT DATE: 04/14/2026    15:02
CLIENT CHART #: DBF

COLLECTED: 04/12/2026  16:58
RECEIVED: 04/14/2026  11:41
ORD.PHYS HUSEMANN, BRENDA A, AR

| TEST | RESULT | FLAG | NORMAL RANGE | REFERENCE UNITS | PERFORMING LAB |
|---|---|---|---|---|---|
| PERIOD/VOLUME | | | | | |
| PERIOD | 25 | | | h | F1 |
| VOLUME | 1600 | | | mL | F1 |
| PROT/CREAT RATIO UA | | | | | |
| PROTEIN URINE | 10 | | | mg/dL | F1 |
| CREATININE URINE | 161.0 | | | mg/dL | F1 |
| PROT/CREA RATIO UA | 0.06 | | [0.00-0.10 ] | mg/mg | F1 |

F1 PERFORMED AT UNITYPOINT HEALTH FINLEY, 350 N GRANDVIEW, DUBUQUE, IA 52001

COLLECTED: 04/12/2026  16:58
RECEIVED: 04/14/2026  11:41
ORD.PHYS HUSEMANN, BRENDA A, AR

| TEST | RESULT | FLAG | NORMAL RANGE | REFERENCE UNITS | PERFORMING LAB |
|---|---|---|---|---|---|
| PERIOD/VOLUME | | | | | |
| PERIOD | 25 | | | h | F1 |
| VOLUME | 1600 | | | mL | F1 |
| CREATININE URINE 24H | | | | | |
| CREATININE URINE | 161.0 | | | mg/dL | F1 |
| CREATININE URINE 24 | 2473 | H | [980-2200 ] | mg/(24.h) | F1 |
| PROTEIN URINE 24HR | | | | | |
| PROTEIN URINE | 10 | | | mg/dL | F1 |
| PROTEIN URINE 24 HR | 154 | H | [0-149 ] | mg/(24.h) | F1 |

F1 PERFORMED AT UNITYPOINT HEALTH FINLEY, 350 N GRANDVIEW, DUBUQUE, IA 52001

================= PHYSICIAN COPY FOR DR: HUSEMANN, BRENDA A, ARNP ====================
Physician: HUSEMANN, BRENDA A, ARNP                                    Page 1

Report Date: 04/14/2026    15:02    CLIENT REPORT          END OF REPORT

UNITYPOINT HEALTH FINLEY HOSPITAL
350 N Grandview
Dubuque, IA 52001

NAME: KOHN,SPENCER W
ID #: 90758977  32Y  M  DOB: 11/12/1993
ACCT #: 119494531
PHYS: HUSEMANN,BRENDA A,ARNP

CLIENT: LAB ADMINISTRATION

REPORT DATE: 04/14/2026    15:02
CLIENT CHART #: DBF

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

COLLECTED: 04/12/2026  16:58
RECEIVED: 04/14/2026  11:41
ORD.PHYS HUSEMANN,BRENDA A,AR

| TEST | RESULT | FLAG | NORMAL RANGE | REFERENCE UNITS | PERFORMING LAB |
|---|---|---|---|---|---|
| PERIOD/VOLUME | | | | | |
| PERIOD | 25 | | | h | F1 |
| VOLUME | 1600 | | | mL | F1 |
| | | | | | |
| PROT/CREAT RATIO UA | | | | | |
| PROTEIN URINE | 10 | | | mg/dL | F1 |
| CREATININE URINE | 161.0 | | | mg/dL | F1 |
| PROT/CREA RATIO UA | 0.06 | | (0.00-0.10 ) | mg/mg | F1 |

F1 PERFORMED AT UNITYPOINT HEALTH FINLEY, 350 N GRANDVIEW, DUBUQUE,IA 52001

COLLECTED: 04/12/2026  16:58
RECEIVED: 04/14/2026  11:41
ORD.PHYS HUSEMANN,BRENDA A,AR

| TEST | RESULT | FLAG | NORMAL RANGE | REFERENCE UNITS | PERFORMING LAB |
|---|---|---|---|---|---|
| PERIOD/VOLUME | | | | | |
| PERIOD | 25 | | | h | F1 |
| VOLUME | 1600 | | | mL | F1 |
| | | | | | |
| CREATININE URINE 24H | | | | | |
| CREATININE URINE | 161.0 | | | mg/dL | F1 |
| CREATININE URINE 24 | 2473 | H | (980-2200 ) | mg/(24.h) | F1 |
| | | | | | |
| PROTEIN URINE 24HR | | | | | |
| PROTEIN URINE | 10 | | | mg/dL | F1 |
| PROTEIN URINE 24 HR | 154 | H | (0-149 ) | mg/(24.h) | F1 |

F1 PERFORMED AT UNITYPOINT HEALTH FINLEY, 350 N GRANDVIEW, DUBUQUE,IA 52001

*kidney failure / kidney* (handwritten)

*referral to nephrology* (handwritten)

*BH 4-15-26* (handwritten)

======================= PHYSICIAN COPY FOR DR: HUSEMANN,BRENDA A,ARNP =======================
Physician: HUSEMANN,BRENDA A,ARNP                                           Page 1

Report Date: 04/14/2026    15:02    CLIENT REPORT            END OF REPORT