# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SPENCER WILLIAM KOHN,<br><br>Defendant. | **HEARING MINUTES**   Sealed:   No<br>Case No.:   2:25-cr-1030-CJW-MAR<br>Presiding Judge:   Mark A. Roberts, Magistrate<br>Deputy Clerk:   Paul Coberly<br>Official Court Record:   FTR Gold          Contract?   --<br>Contact Information:                    -- |

| Date: | 4/17/2026 | Start: | 1:59 PM | Adjourn: | 2:27 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | | Time in Chambers: | | -- | Telephonic? | No |
| Appearances: | | Plaintiff(s): | AUSA Dillan Edwards | | | | | | |
| | | Defendant(s): | Robert L. Rasica (Defendant appears personally) | | | | | | |
| | | U.S. Probation: | -- | | | | | | |
| | | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Defendant pleaded GUILTY to count(s): | 1 of the indictment |

| | | | | |
|---|---|---|---|---|
| Defendant is | X | Detained | | Released | pending sentencing. |

| **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement) received without objection |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Court places Defendant under oath.<br><br>Defendant is competent and understands the charge.<br><br>Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.<br><br>Defendant's plea of guilty is voluntary.<br><br>Court finds that the Defendant should be adjudged guilty of count 1 of the indictment based upon his plea of guilty.<br><br>USP to prepare PSIR.<br><br>Court notes that Defendant's detention is mandatory at this point. Mr. Rascia argues for continued release. Mr. Rascia states he is not seeking release until sentencing, but release until April 23 or May 1. Mr. Edwards resists. Court finds exceptional reasons have not been established. |
|---|---|