# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

SPENCER WILLIAM KOHN,

              Defendant.

No. 25-cr-1030-CJW

**ORDER**

_____

Before the Court is Defendant's Motion for Continued Release Pending Sentencing, filed on April 16, 2026. (Doc. 84.) The Government resists this motion. For the reasons stated on the record during Defendant's Change of Plea Hearing on April 17, 2026, Defendant's motion is **denied**.

**IT IS SO ORDERED** this 20th day of April, 2026.

_____

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa